**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*

                              Case No. 17-13315-RAM

FRANCISCO ROSENDO AMADOR and
EDUVINA IZQUIERDO AMADOR,      Chapter 7

      Debtors.                  /

**TRUSTEE'S NOTICE OF TAKING
<u>RULE 2004 EXAMINATION *DUCES TECUM* OF DEBTORS</u>**

**TO:**    Francisco Rosendo Amador and
         Eduvina Izquierdo Amador, Joint Debtors
         13220 SW 12 Street
         Miami, FL 33184

      **PLEASE TAKE NOTICE** Jacqueline Calderin, Chapter 7 Trustee (the "<u>Trustee</u>") for the bankruptcy estate of Franciso Rosendo Amador and Eduvina Izquiero Amador (the "<u>Debtors</u>"), by and through undersigned counsel, gives notice of the examination of the Debtors, **Francisco Rosendo Amador and Eduvina Izquierdo Amador**, under oath on <u>**July 6, 2017 at 10:00 a.m.**</u> at Ehrenstein Charbonneau Calderin, 501 Brickell Key Drive, Suite 300, Miami, **Florida 33131 T: 305.722.2002**. If the examinees receive this notice less than seven (7) days prior to the scheduled examination date (or less than ten (10) days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time. The examination may continue from day to day until completed.

      The examination is pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("<u>FRBP</u>") and Rule 2004-1(B) of the Local Rules of the United State Bankruptcy Court for the Southern District of Florida (the "<u>Local Rules</u>"), and will be taken before an officer authorized to

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · www.ecclegal.com**

record the testimony. The scope of the examinations shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

<u>If the examinees require an interpreter it is the examinees' responsibility to engage the employment of such interpreter to be present at the examinations.</u>

### *Duces Tecum*

The examinees are further directed to deliver a written response and the following documents to counsel for the Trustee seven (7) days prior to the date of the examination: THOSE DOCUMENTS IDENTIFIED ON EXHIBIT "A" ATTACHED HERETO.

**IF YOU FAIL TO APPEAR YOU MAY BE IN CONTEMPT OF COURT.**

**DATED:** Tuesday, June 13, 2017.
2

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · www.ecclegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via U.S. mail to the Debtors, on June 13, 2017.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

**EHRENSTEIN CHARBONNEAU CALDERIN**
*Attorneys for Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T 305.722.2002
www.ecclegal.com

By: _____
Tamara Van Heel
Florida Bar No.: 107104
tvh@ecclegal.com

**Via U.S. Mail to:**
Francisco Rosendo Amador and
Eduvina Izquierdo Amador
13220 SW 12th Street
Miami, Florida 33184

## DEFINITIONS

1. As used herein, the term **"document"** includes every writing, printed or graphic matter, or record of any type and description that is in the possession, control or custody of Debtors, including without limitation, the original and any non-identical copy of any of the following: correspondence, memoranda, stenographic or handwritten notes (of meetings, conferences, and telephone or other conversations or communications), minutes of meetings, drafts, studies, publications, press releases, statements, transcripts of testimony, affidavits, summaries, excerpts, journals, diaries and calendar or diary entries, books, records, accounts pamphlets, voice recordings, reports, surveys, tables, charts, statistical compilations, analyses, applications, work papers, forms, or other writing or recording of any kind. The term "document" also includes any commentary or notation of any kind which does not appear on the original or on another copy. Without limitation of the term "control", a document is deemed to be within the control of the Debtors if the Debtors have ownership, possession, or custody of the document or a copy thereof or the right or ability to secure the document or a copy thereof from any other person or public or private entity having physical possession thereof. Documents are only requested to be produced to the extent that they have not already been requested.

2. **"Person"** means any natural person or any entity, including, without limitation, any individual, firm, corporation, company, association, partnership, business, public agency, department, bureau, board, commission, or any other form of public, private, or legal entity.

3. Any reference herein, whether specific or within the term "person", to any public or private company, partnership, association, or other entity includes such entity's subsidiaries and affiliates and the entity's and its subsidiaries' and affiliates' present and former directors,

officers, employees, attorneys, agents, or anyone acting for any of them at their direction, or under their control.

4. **"Relating to"** means containing, constituting, showing, mentioning, reflecting, or pertaining or referring in any way, directly or indirectly, to, and is meant to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any document called for by each request.

5. The term **"Debtors"** refers to **FRANCISCO ROSENDO AMADOR** and **EDUVINA IZQUIERDO AMADOR**.

6. **"You"** or **"Your"** refers to **FRANCISCO ROSENDO AMADOR** and **EDUVINA IZQUIERDO AMADOR**, both individually and collectively.

7. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

8. Regardless of the tense employed, all verbs shall be read as applying to the past, present, and future as is necessary to make any paragraph more, rather than less, inclusive.

9. The term **"Business"** shall refer to any entity or enterprise, in which you have held greater than a twenty-five (25%) management or ownership interest, including, without limitation, whether it is an enterprise for profit or not for profit, a general partnership, any individual, firm, corporation, company, association, partnership, limited partnership, joint venture, corporation, sole proprietorship, business, public agency, department, bureau, board, commission, or any other form of public, private or legal entity or other type of organization.

10. The term **"Petition Date"** means the date of March 20, 2017, on which the Debtors in the above-captioned case filed their petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

11. **"Materials"** means all documents, letters, memoranda, notes, and any other written communication and written notes of all oral communications, whether in person or by telephone, and every record of every type, including but not limited to, information stored on any electromagnetic storage device, any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored, in the possession, custody or control of the Debtors, all drafts, notes, or preparatory material concerned with said document, and every additional copy of such record or document where such copy contains any commentary, notations, or other change whatsoever that does not appear on the original or other copy of the document produced. Also included in this definition is any summary of a document or documents called for hereafter. It is requested that all documents be produced in the manner they are kept in the ordinary course of business.

12. **"Record"** includes but is not limited to each and every book of account and other books of every kind, journals, ledgers, statements, instruments, files, messages, writings of every kind, and other internal or other data and other information of every description made or received by you in the regular course of business or otherwise, regardless of the mode in which it is recorded; the original of any such record includes the data or other information comprising a record stored or transmitted in or by means of any electronic, computerized, mechanized, or other information storage or retrieval or transmission system or device which can upon request generate, regenerate, or transmit the precise data or other information comprising the record, and

an original also includes the visible data or other information so generated, regenerated, or transmitted if it is legible or can be made legible by enlargement or other process.

13. **"Copies"** of documents includes, but is not limited to, duplicates or counterparts of any original produced from the same impression or process as the original by carbon or other chemical or substance or process; negative and positive film and prints of an original or copy of reproductions and facsimiles of an original or copy, whether or not the same size, produced by photographic, micro-photographic, photostatic, xerographic, electronic, computerized, or mechanized process, or by any other process, and enlargement and reductions thereof; and the data or other information comprising a record stored or transmitted as provided in the preceding definition of "Record," and the visible data or other information generated or regenerated or transmitted by such information storage or retrieval or transmission system or device, if it is legible or can be made legible by enlargement or other process.

14. **"Refer"** or **"relate to"** or **"reflecting"** means to make statement about, discuss, describe, reflect, constitute, identify, deal with, consist of, establish, comprise, list, evidence, substantiate, or in any way pertain in whole or in part, to the subject.

15. Each and every definition as set forth in Bankruptcy Code Section 101 and FRBP 9001 is incorporated herein by reference.

## INSTRUCTIONS

In responding to these requests (the "**Requests**", and each a "**Request**") you are required to produce those materials within your custody or control, and in addition, those in the possession of or obtainable by your attorneys, investigators, adjusters, insurance carriers, representatives, agents, or anyone acting on your behalf.

If, in responding to this request, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document:

I. The type of document involved and a general description of the context of the document;

II. The name, business and residence address, telephone numbers, and position of the individual from whom the document emanated;

III. The name, business and residence address, telephone numbers, and position of each individual to whom the document or documents were sent;

IV. The privilege upon which Debtors rely in withholding the document;

V. The facts upon which Debtors rely in support of their claim that they were privileged to withhold the document or documents;

VI. The names, business and residence address, telephone numbers, and positions or occupations of individuals known or believed by the Debtors to have knowledge concerning the factual basis for Debtors' assertion of privilege with regard to the document.

## TIME LIMITATION

Unless otherwise specified, the requests sought for each category of documents are within four (4) years prior to the Petition Date.

## EXHIBIT "A"

1.  Provide a copy of your driver's licenses and any and all passports issued in Your names.

2.  Copies of any and all bank statements and bank records, including checks, cancelled checks, check stubs, deposit slips, receipts, withdrawal slips, teller checks, wire transfer advices, signature cards, proof of account closure, and the like for any and all bank accounts (domestic and/or foreign) maintained by You (i) individually; (ii) jointly or severally with another person or persons, including but not limited to, tenancy by the entireties; (iii) in connection with any business enterprise, corporation, partnership, association, or other affiliation in which You have an interest and/or checking signing authority; or (iv) that You have or have had access to, and/or deposited or withdrew funds, including but not limited to, savings accounts, checking accounts, investment accounts, business accounts, corporate accounts, mutual funds, or trust accounts of any nature, that cover or are related to the four (4) year period leading up to the Petition Date, including but not limited to the accounts listed on Schedule B-17 (Official Form 106A/B):

    a.  Bank of America checking account ending in 0770;
    b.  Bank of America checking account ending in 6620;
    c.  Wells Fargo checking account ending in 3986; and
    d.  Bank of America checking account ending in 5097.

3.  Statements for the four (4) year period of time before the Petition Date for all 401K Retirement Plans, IRA, ERISA, Keogh, or other pension or profit sharing plan You have an interest in, including the pension plans listed in No. 31 of Your amended bankruptcy

i

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

schedules A/B, or had an interest in within four years of the Petition Date, and provide evidence and an explanation as to the source of the funds used to fund such accounts.

4.   Deeds, bills of sale, contracts, closing statements (HUD-1 or equivalent for real estate), title insurance policies, or other written evidence of any interest in real property purchased, transferred, disposed of, or sold by the Debtors in the four (4) years prior to the Petition Date, including but not limited to those relating to:

      a.   13220 SW 12 Street, Miami, Florida 33184;
      b.   6060 Indian Creek Drive, Unit 504, Miami Beach, Florida 33140;
      c.   13243 13th Street, Miami, Florida 33184;
      d.   9431 Fontainebleau Boulevard, Unit 207, Miami, Florida 33172.

5.   Documents reflecting mortgage payoffs for any real property currently owned.

6.   Closing statement (HUD-1 or equivalent for real estate) for any real or personal property (valued at $10,000.00 or more) bought, sold, transferred, refinanced, or modified in the past two (2) years prior to the Petition Date, including those listed in Request No. 4 above, and evidence of where the proceeds were deposited.

7.   Complete copies of all of Your federal, state, and local income tax returns (foreign and domestic), including any and all attachments and documents utilized, reviewed, or otherwise considered for preparation of the tax returns, including but not limited to any IRS Forms 1099, W-2, and Schedules K-1, for the past four (4) years. If You did not file a tax return for any year, provide a copy of any written extension granted to You by the IRS or other document excusing You from filing file an income tax return. (Missing 2013 return).

8.   All documents related to any income tax returns or refunds You have received in the last four (4) years or have claimed a right to in the last four (4) years whether You retained such refunds.

9. All certificates of title, registrations, bills of sale, receipts, lease agreements, and other evidence of ownership or possession within the forty-eight (48) months prior to the Petition Date for any (i) jet-ski, boat, launches, cruisers, or other vessels of any type; (ii) automobiles, motorcycles, or other motor vehicles of any type; (iii) planes, helicopters, jet planes; (iv) commercial, business, or personal equipment, including vending machines; and (v) all other items to which title is evidenced by certificate of title, which has been in Your name, or the name of another but for which You are the true owner, or for which You have made payments (whether or not legal title is in Your name), including but not limited to those listed in your Schedule A/B:

    a. 2004 Chevrolet Impala, VIN No. 2G1WF52E249229301;

    b. 2013 Nissan Sentra, VIN No. 3N1AB7AP8DL73904.

10. Provide exact mileage, proof of registration (for all vehicles other than 2004 Chevrolet Impala), and title for the vehicles listed above, and a copy of a current statement showing amount outstanding or pay-off, or any evidence that any of the foregoing vehicles are no longer in your possession.

11. Any and all appraisals performed evidencing the value of the items in Request No. 9 above.

12. The declaration page(s) for all automobile insurance for the Debtors, and for any automobiles in which the Debtors hold or have held a legal or equitable interest at any time for the past four (4) years, including but not limited to the vehicles identified in Request No. 9.

13. Copies of any and all documents indicating any claims You may have against any third party, including demands and/or pleadings, accounts receivables, or other liquidated debts, and all documents supporting such claims, including mortgages, promissory notes, assignments, or related documents.

14. Copies of any and all financial statements, loan applications, or other documents submitted by You to any entity extending credit to You or from whom You sought an extension of credit with the past five (5) years.

15. Photos[1] and copies of any and all documents, including but not limited to appraisals (formal or informal), invoices, receipts, or credit card statements, pertaining to, evidencing, identifying, and valuing any personal property owned by You as of the Petition Date, including the following personal property set forth on Schedule B of your bankruptcy schedules:

    a. Household goods and furnishings B-6;
    b. Clothes B-11; and
    c. Jewelry B-12.

16. Copies of any and all documents, including but not limited to invoices, bills of sale, receipts, or credit card statements, to support Your statement in Your bankruptcy schedules that the majority of the personal property in your residence is owned by your daughter, Annette Diaz.

17. All applications, policies, attachments, addenda, and other documents pertaining to any insurance policy for loss to any life or property, real or personal, that (A) You own individually, or jointly with any other party, corporation, partnership, business, association, or other affiliation, or (B) for which You are or have been a beneficiary, including, but not limited to, insurance for (i) automobiles, boats, planes, or other vehicles or vessels; (ii) personal property, including but not limited to, artwork, antiques, jewelry, collectibles, furniture, fixtures, and all other personal property; (iii) equipment; (iv) real property; and (v) life.

18. All documents reflecting any claims made by You or on Your behalf under any insurance policy within the forty-eight (48) months prior to the Petition Date, and all documents

reflecting any claim that You did not file, but that You could potentially have made under any insurance policy within the forty-eight (48) months prior to the Petition Date.

19. All documents relating to any safe deposit box and/or storage unit held in Your name, or that You use or have access to, or any box that You previously maintained in Your name or had access to in the four (4) year period of time prior to the Petition Date.

20. Pictures of all items contained in any safe deposit box and/or storage unit that You use or have access to.

21. Any and all documents provided to any lender and/or financial institution for borrowing money, and buying real estate and/or personal property.

22. All documents reflecting the purchase/acquisition and disposition of any and all furnishings, accessories, appliances, jewelry, computers, monitors, software, and other personal property with a single origin purchase price of more than $1,000.00.

23. All certificates of stock or bonds owned or beneficially held by You at any time during the past four (4) years, either individually or jointly with any other persons, or for any Business in which You hold an interest, whether public or private, including any entity listed below in Request No. 33.

24. All shareholder agreements, membership agreements, partnership agreements, buy-sell agreements, and joint venture agreements to which You are of have been a party that has been executed or in effect at any time for the past four (4) years.

25. All professional licenses held by You.

26. All documents evidencing Your past and current employment in the last four (4) years and copies of all pay-stubs and other documents evidencing Your income for the last four

---

[1] If You do not currently have any photos, please take photos as they relate to Request No. 15.

(4) years, whether from wages earned, interest, investment, distributions, dividends, settlements, tax refunds, inheritance, gifts, benefits, or otherwise.

27. A copy of your marriage certificate, and/or dissolution of marriage, divorce decree, if any, and a complete copy of any marital settlement agreement, and all legal documents, if any, affecting the status of your marriage or any divorces for the previous ten (10) years.

28. Documents evidencing any pending or recently completed litigation against you, including a copy of the complaint and any judgments, including but not limited to:

   a. Federal National Mortgage Assoc. v. Eduvina Amador, Francisco Amador, et al., Case No. 2015-026710-CA-58 (Circuit Court, Eleventh Judicial Circuit); and

   b. Schecher Group, Inc. d/b/a SG Sixty Sixty Shared Components v. Francisco Amador, Eduvina Amador, et al., Case No. 2016-026444-CA-01 (Circuit Court, Eleventh Judicial Circuit).

29. Any and all documents, including copies of trust agreements, showing, describing, or referring to any direct, beneficial, or trust interest held by You or in which You are a beneficiary or have an interest or serve as Trustee, including with regard to any entity listed in Request No. 33, and all documents evidencing payments, either amount or when made, from said trust fund(s) to You.

30. All documents, inventories, appraisals, or other form of compilation evidencing the value of Your interest in personal or real property, either individually, or jointly with any other party, corporation, partnership, business, association, or other affiliation, including but not limited to any entity listed below in Request No. 33.

31. Provide a full accounting of all cash advances taken from any credit card or line of credit in Your name or the name of any entity in which you have an interest, including any entity

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

listed below in in Request No. 33; provide detailed descriptions of what the money was used for and provide a copy of the last statement for all creditors listed on Schedule F.

32. Copies of all credit card statements in which You have an interest, or had an interest within the four (4) year period of time before the Petition Date, whether individually, or jointly with any other persons, or for any Businesses, corporations, limited liability corporations, partnerships, limited partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold an interest that cover or are related to the one year period time leading up to the Petition Date.

### ENTITIES

33. Provide a detailed description of Your interest in any Business, corporations, limited liability corporations, partnerships, limited partnerships, professional associations, joint ventures, affiliations, partnerships, organizations, or other entities in which You hold an interest, whether individually or jointly with any other persons, including but not limited to each of the following entities, and disclose whether or not each entity is currently active:

    a. Amador Travel by Sea

34. To the extent that you no longer hold an interest in any Business or entity under Request No. 33, or have otherwise sold or transferred any portion of your interest, all documents evidencing such sale or transfer and any consideration received for such transfer.

35. Copies of all business licenses held by any entity listed in Request No. 33.

36. All business records, including four (4) years of tax returns for any Business in which You hold an interest, including but not limited to any entity listed in Request No. 33.

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

37.    All quarterly and annual United States Employers Federal Tax Returns filed on behalf of any Business, including any entity listed in Request No. 33, for the years 2013, 2014, 2015, and 2016.

38.    Any other kinds of federal, state, and local tax returns (foreign and domestic), including any and all attachments and documents utilized, reviewed or otherwise considered for preparation of the tax returns for the past four (4) years for any entity owned or beneficially held by You or in which You have an interest, either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold or have ever held an interest, including, but not limited to any entity listed in Request No. 33. If any entity identified in Request No. 33 did not file a tax return for any year provide a copy of any written extension granted by the IRS or other document excusing such entities from filing file an income tax return. In the event that a return is not yet completed for any given year, then produce any and all trial balances or accountant work papers in whatever state of completion.

39.    Any and all bank records, applications, checks, cancelled checks, check stubs, bank statements, deposit slips, receipts, withdrawal slips, teller checks, wire transfer advices, signature cards, and the like for any and all bank accounts (foreign and domestic) maintained by You or any entity identified in Request No. 33 (i) individually; (ii) jointly or severally with another person or persons, including but not limited to, tenancy by the entireties; (iii) in connection with any business enterprise, corporation, partnership, association, or other affiliation; or (iv) have access to, and/or deposited or withdrew funds, including but not limited to, savings accounts, checking accounts, investment accounts, business accounts, corporate accounts, mutual funds, or trust accounts of any nature.

40.     All financial statements for any Business, including any entity listed in Request No. 33, wherein earnings, profits, assets, losses, or liabilities are aggregated or consolidated, including but not limited to, profit and loss statements and balance sheets.

41.     Provide the minute books, articles of incorporation, by laws, membership agreements, capital account ledgers, partnership agreements, share registers and/or any other documents evidencing current and historical ownership interests, profit and loss statements for the last year of operation, account receivables ledgers, account payable ledgers, most recent inventory, and shareholder agreements of any corporations, limited liability companies and/or partnership in which You hold or have held and partnership's ownership interest, membership interest, or corporation stock within the last six (6) years, including but not limited to any entity listed in Request No. 33.

42.     All documents relating to or concerning the Business's corporate payroll records, specifically all payroll records evidencing regular payroll or distribution payments to You within the last six (6) years.

43.     All records, agreements, or bank records reflecting the amount of any capital contribution, including start-up capital or property given to, contributed to, or used by any officer, employee, or agent of the Businesses or any of its parents, subsidiaries or affiliates, which was contributed by shareholders, including You.

44.     Copies of any applications for credit that were submitted to any financial institution by any Business or entity, owned or beneficially held by You, either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold an interest,

including any entity listed in Request No. 33, for any purpose whatsoever in the four (4) years preceding the Petition Date.

45. All other financial records or other documents showing or tending to show all money due, including accounts receivable aging, to You or any Business, including any entity identified in Request No. 33, with any records showing or tending to show all persons or entities who owed You or the Businesses money, including any and all insurance proceeds, commissions, bonuses, distributions, dividends, or other income related to any employment, contract, employment, services, or interests in any entity that You may currently have or had in the four years before the Petition Date and expected to accrue or be received post-petition, including all commissions due from sale of real estate by whomever owned and from whatever source.

46. All written leases and/or rental agreements relating to any and all real property leased and/or rented by You or on Your behalf or by any entity listed in Request No. 33.

47. Any and all documents reflecting rent rolls and/or the receipt and/or disposition of rental proceeds received by You or on Your behalf, or by any entity listed in Request No. 33, from any and all real property rented and/or leased to any third person or entity.

48. Copies of all W-2, 1099, or other tax forms, either federal or state, provided to evidence the compensation of all insiders, officers, directors, or shareholders of any entity listed in Request No. 33, or any of its parents, subsidiaries, affiliates, partnership or corporation in which You or the Business possess any ownership or membership interest whether as a partner, joint venture, stockholder, or otherwise, for the past six (6) years.

49. A detailed list of all real property, personal property, equipment, machinery, or inventory held by any Business or entity, owned or beneficially held by You, either individually or jointly with any other persons, or for any corporations, partnerships, professional associations,

joint ventures, affiliations, organizations, or other entities in which You hold an interest, including any entity listed in Request No. 33.

50. A list of all employees working for any entity listed in Request No. 33, including their contact information and copies of any valid licenses.

51. Any and all documents evidencing the transfer of any property, property interest, financial interest, assets, inventory, goods, accounts receivable, or any other thing of value whether from one form to another or from one account to another account, including but not limited to, bills of sale, deeds, closing statement(s), contracts or other documents showing or reflecting any transfer of any property (real and/or personal (tangible and/or intangible)) by, from or to You or from or to any entity including any entity identified in Request No. 33.

52. Any and all documents not specifically described above pertaining to any financial transactions made by and between You or any entity identified in Request No. 33 and any other entity including, but not limited to, partnership agreements, employment agreements, loan documents, leases of real or personal property, and purchase and sale contracts.