```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                           Case No. 17-13315-RAM
Francisco Rosendo Amador                                         Chapter 7
Eduvina Izquierdo Amador
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                 Page 1 of 2       Date Rcvd: Jun 13, 2017
                              Form ID: CGFC1              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db             +Francisco Rosendo Amador,    13220 SW 12 St,   Miami, FL 33184-1902
aty            +Tamara Van Heel,   Ehrenstein Charbonneau Calderin,    501 Brickell Key Dr #300,
                 Miami, FL 33131-2624
cr             +Federal National Mortgage Association,    Main Office,   c/o Brian L. Rosaler,
                 1701 West Hillsboro Blvd # 400,   Deerfield Beach, FL 33442-1572
app            +Martin Claire,   Martin Claire & Company, LLC,    1835 E Hallandale Beach Blvd,
                 Hallandale, FL 33009-4619
cr             +Sixty Sixty Condominium Association, Inc.,    Eisinger, Brown, Lewis, Frankel & Chaiet,
                 Michele A. Crosa, Esq,    4000 Hollywood Blvd., Suite 265-S,   Hollywood, FL 33021-6782
93965156       +AT&T MOBILITY,   2001 N.W. 64 STREET , SUITE 100,    FORT LAUDERDALE , FL 33309-1844
93965157       +BECKER & POLLIAKOFF, P . A.,    121 ALHAMBRA PLAZA , 10 TH FLOOR,   CORAL GABLES , FL 33134-4540
93965160       +BROWARD ADJUSTMENT SERVICES , INC .,    2876 EAST OAKLAND PARK BLVD .,
                 FT . LAUDERDALE , FL 33306-1814
93965163       +CBNA,   PO BOX 6283,   SIOUX FALLS , SD 57117-6283
93965167       +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    ATTN : LEGAL,   3900 WISCONSIN AVENUE NW,
                 WASHINGTON, D. C. 20016-2806
93965168       +FOREMAN FRIEDMAN,   2 SOUTH BISCAYNE BLVD ., STE . 2300,    MIAMI , FL 33131-1803
93965169        GS SERVICES LIMITED PARTNERSHIP,    P . O. BOX 1022,   WIXOM , MI 48393-1022
93965170       +J . P . MORGAN CHASE BANK , N.A.,    C/O CHASE HOME FINANCE , LLC,   3415 VISION DRIVE,
                 COLUMBUS , OH 43219-6009
93965178       +LAW OFFICES OF GREGORY R. ELDER , LLC,    901 SW 9 TERRACE,   FORT LAUDERDALE, FL 33315-1128
93965179       +MASTEC NETWORK SOLUTIONS,    6100 BROKEN SOUND PARKWAY, STE. 6,    BOCA RATON , FL 33487-2790
93965180       +POPKIN & ROSALER , P.A .,    1701 WEST HILLSBORO BLVD .. , STE . 400,
                 DEERFIELD BEACH , FL 33442-1572
93965183       +SCHECHER GROUP , INC .,    P . O. BOX 628207,   ORLANDO , FL 32862-8207
93965182       +SCHECHER GROUP , INC .,    D/B/A SIXTY SHARED COMPONENTS,   6060 INDIAN CREEK DRIVE,
                 MIAMI BEACH , FL 33140-2219
93965185       +SETERUS,   14523 SW MILLIKAN WAY ST,    BEAVERTON , OR 97005-2352
93965187       +SIXTY SIX CONDOMINIUM,    P . O. BOX 164241,   MIAMI , FL 33116-4241
93965188       +SIXTY SIXTY CONDOMINIUM ASSOCIATION , INC,    6060 INDIAN CREEK DRIVE,
                 MIAMI BEACH , FL 33140-2219
93965189       +STEVEN DAVIS , ESQ,    121 ALHAMBRA PLAZA , 10 TH FLOOR,   CORAL GABLES , FL 33134-4500
93965190       +STEVENS & GOLDWYN , P . A.,    2 SOUTH UNIVERSITY DRIVE , STE . 329,
                 PLANTATION , FL 33324-3339
93965191       +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD ., SUITE 206,   TOLEDO , OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
jdb            +E-mail/PDF: eduvinaamador1@gmail.com Jun 14 2017 00:04:00     Eduvina Izquierdo Amador,
                 13220 SW 12 St,   Miami, FL 33184-1902
tr              EDI: QJCALDERIN.COM Jun 13 2017 23:48:00      Jacqueline Calderin,   936 SW 1 Ave # 880,
                 Miami, FL  33130
smg             EDI: FLDEPREV.COM Jun 13 2017 23:48:00      Florida Department of Revenue,   POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 14 2017 00:04:43      Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
93965155        EDI: AMEREXPR.COM Jun 13 2017 23:48:00      AMERICAN EXPRESS,   P . O. Box 981535,
                 El Paso, TX 79998-1535
93965159        EDI: BMW.COM Jun 13 2017 23:48:00      BMW FINANCIAL SERVICES,   5515 PARKCENTER CIR,
                 DUBLIN , OH 43017
93965161       +EDI: CAPITALONE.COM Jun 13 2017 23:48:00      CAP ONE,   26525 N RIVERWOODS BLVD,
                 METTAWA, IL 60045-3440
93965162        E-mail/Text: cms-bk@cms-collect.com Jun 14 2017 00:04:40     CAPITAL MANAGEMENT SERVICES , LP,
                 698 1/2 SOUTH OGDEN STREET,   BUFFALO , NY 14206-2317
93965164       +EDI: CHASE.COM Jun 13 2017 23:48:00      CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
93965165       +EDI: CITICORP.COM Jun 13 2017 23:48:00      CITI,   PO BOX 6241,   SIOUX FALLS , SD 57117-6241
93965166       +E-mail/Text: bknotice@erccollections.com Jun 14 2017 00:04:59     ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,   JACKSONVILLE , FL 32256-7412
93965184        EDI: SEARS.COM Jun 13 2017 23:48:00      SEARS CREDIT CARDS,   P . O. BOX 6282,
                 SIOUX FALLS , SD 57117-6282
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Annette Diaz
aty*            Jacqueline Calderin,   936 SW 1 Ave # 880,   Miami, FL  33130
93965181      ##+REMEDIATION GROUP , INC .,   3731 SW 47 AVENUE,   DAVIE , FL 33314-2800
93965186       ##SETERUS,   P . O. BOX 2008,   GRAND RAPIDS , MI 49501-2008
                                                                                TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113C-1           User: admin              Page 2 of 2               Date Rcvd: Jun 13, 2017
                               Form ID: CGFC1          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:

```
            Brian L Rosaler, Esq    on behalf of Creditor    Federal National Mortgage Association
             ecfbankruptcy@popkinrosaler.com
            Jacqueline  Calderin    calderintrustee@gmail.com,
             jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
            Jacqueline  Calderin    on behalf of Trustee Jacqueline  Calderin calderintrustee@gmail.com,
             jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
            Michele  A Crosa    on behalf of Creditor    Sixty Sixty Condominium Association, Inc.
             mcrosa@eisingerlaw.com,  sorta@eisingerlaw.com
            Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
            Tamara  Van Heel    on behalf of Trustee Jacqueline  Calderin tvh@ecclegal.com,
             tvh@ecf.courtdrive.com;nsocorro@ecclegal.com;bankruptcy@ecclegal.com
                                                                                              TOTAL: 6
```

Form CGFC1  (12/1/15)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−13315−RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Francisco Rosendo Amador
aka Francisco R. Amador, aka Francisco Amador
13220 SW 12 St
Miami, FL 33184

Eduvina Izquierdo Amador
aka Eduvina I. Amador, aka Eduvina Amador
13220 SW 12 St
Miami, FL 33184

SSN: xxx−xx−6515

SSN: xxx−xx−6513

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **9/13/17** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
301 North Miami Avenue, Room 150
Miami, FL 33128

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 6/13/17**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.