```
                            United States Bankruptcy Court
                             Southern District of Florida

In re:                                                             Case No. 17-13315-RAM
Francisco Rosendo Amador                                           Chapter 7
Eduvina Izquierdo Amador
        Debtors                   CERTIFICATE OF NOTICE
District/off: 113C-1              User: admin                 Page 1 of 2      Date Rcvd: Jun 13, 2017
                                  Form ID: CGFD65             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db           +Francisco Rosendo Amador,    13220 SW 12 St,    Miami, FL 33184-1902
aty          +Tamara Van Heel,   Ehrenstein Charbonneau Calderin,    501 Brickell Key Dr #300,
               Miami, FL 33131-2624
smg           Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
cr           +Federal National Mortgage Association,    Main Office,    c/o Brian L. Rosaler,
               1701 West Hillsboro Blvd # 400,    Deerfield Beach, FL 33442-1572
app          +Martin Claire,   Martin Claire & Company, LLC,    1835 E Hallandale Beach Blvd,
               Hallandale, FL 33009-4619
cr           +Sixty Sixty Condominium Association, Inc.,    Eisinger, Brown, Lewis, Frankel & Chaiet,
               Michele A. Crosa, Esq,   4000 Hollywood Blvd., Suite 265-S,    Hollywood, FL 33021-6782
93965155      AMERICAN EXPRESS,    P . O. Box 981535,    El Paso, TX 79998-1535
93965156     +AT&T MOBILITY,    2001 N.W. 64 STREET , SUITE 100,    FORT LAUDERDALE , FL 33309-1844
93965157     +BECKER & POLLIAKOFF, P . A.,    121 ALHAMBRA PLAZA , 10 TH FLOOR,    CORAL GABLES , FL 33134-4540
93965160     +BROWARD ADJUSTMENT SERVICES , INC .,   2876 EAST OAKLAND PARK BLVD .,
               FT . LAUDERDALE , FL 33306-1814
93965161     +CAP ONE,   26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3440
93965163     +CBNA,   PO BOX 6283,    SIOUX FALLS , SD 57117-6283
93965164     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
93965165     +CITI,   PO BOX 6241,    SIOUX FALLS , SD 57117-6241
93965167     +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    ATTN : LEGAL,   3900 WISCONSIN AVENUE NW,
               WASHINGTON, D . C. 20016-2806
93965168     +FOREMAN FRIEDMAN,    2 SOUTH BISCAYNE BLVD ., STE . 2300,    MIAMI , FL 33131-1803
93965169      GS SERVICES LIMITED PARTNERSHIP,    P . O. BOX 1022,    WIXOM , MI 48393-1022
93965170     +J . P . MORGAN CHASE BANK , N.A.,    C/O CHASE HOME FINANCE , LLC,   3415 VISION DRIVE,
               COLUMBUS , OH 43219-6009
93965178     +LAW OFFICES OF GREGORY R. ELDER , LLC,    901 SW 9 TERRACE,    FORT LAUDERDALE, FL 33315-1128
93965179     +MASTEC NETWORK SOLUTIONS,    6100 BROKEN SOUND PARKWAY, STE. 6,    BOCA RATON , FL 33487-2790
93965180     +POPKIN & ROSALER , P.A .,    1701 WEST HILLSBORO BLVD .. , STE . 400,
               DEERFIELD BEACH , FL 33442-1572
93965183     +SCHECHER GROUP , INC .,    P . O. BOX 628207,    ORLANDO , FL 32862-8207
93965182     +SCHECHER GROUP , INC .,    D/B/A SIXTY SHARED COMPONENTS,    6060 INDIAN CREEK DRIVE,
               MIAMI BEACH , FL 33140-2219
93965184      SEARS CREDIT CARDS,    P . O. BOX 6282,    SIOUX FALLS , SD 57117-6282
93965185     +SETERUS,   14523 SW MILLIKAN WAY ST,    BEAVERTON , OR 97005-2352
93965187     +SIXTY SIX CONDOMINIUM,    P . O. BOX 164241,    MIAMI , FL 33116-4241
93965188     +SIXTY SIXTY CONDOMINIUM ASSOCIATION , INC,    6060 INDIAN CREEK DRIVE,
               MIAMI BEACH , FL 33140-2219
93965189     +STEVEN DAVIS , ESQ,    121 ALHAMBRA PLAZA , 10 TH FLOOR,    CORAL GABLES , FL 33134-4500
93965190     +STEVENS & GOLDWYN , P . A.,    2 SOUTH UNIVERSITY DRIVE , STE . 329,
               PLANTATION , FL 33324-3339
93965191     +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD ., SUITE 206,    TOLEDO , OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
jdb          +E-mail/PDF: eduvinaamador1@gmail.com Jun 14 2017 00:04:00     Eduvina Izquierdo Amador,
               13220 SW 12 St,   Miami, FL 33184-1902
93965159      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 14 2017 00:33:36     BMW FINANCIAL SERVICES,
               5515 PARKCENTER CIR,    DUBLIN , OH 43017
93965162      E-mail/Text: cms-bk@cms-collect.com Jun 14 2017 00:04:40     CAPITAL MANAGEMENT SERVICES , LP,
               698 1/2 SOUTH OGDEN STREET,    BUFFALO , NY 14206-2317
93965166     +E-mail/Text: bknotice@erccollections.com Jun 14 2017 00:04:59     ENHANCED RECOVERY CO L,
               8014 BAYBERRY RD,    JACKSONVILLE , FL 32256-7412
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Annette Diaz
93965181     ##+REMEDIATION GROUP , INC .,    3731 SW 47 AVENUE,    DAVIE , FL 33314-2800
93965186      ##SETERUS,   P . O. BOX 2008,    GRAND RAPIDS , MI 49501-2008
                                                                                   TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113C-1           User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2017
                               Form ID: CGFD65          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Brian L Rosaler, Esq    on behalf of Creditor    Federal National Mortgage Association
               ecfbankruptcy@popkinrosaler.com
              Jacqueline  Calderin     calderintrustee@gmail.com,
               jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
              Jacqueline  Calderin     on behalf of Trustee Jacqueline  Calderin calderintrustee@gmail.com,
               jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
              Michele  A Crosa    on behalf of Creditor    Sixty Sixty Condominium Association, Inc.
               mcrosa@eisingerlaw.com,    sorta@eisingerlaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Tamara  Van Heel    on behalf of Trustee Jacqueline  Calderin tvh@ecclegal.com,
               tvh@ecf.courtdrive.com;nsocorro@ecclegal.com;bankruptcy@ecclegal.com
                                                                                            TOTAL: 6
```

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on June 13, 2017**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 17–13315–RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Francisco Rosendo Amador
aka Francisco R. Amador, aka Francisco Amador
13220 SW 12 St
Miami, FL 33184

SSN: xxx–xx–6515

Eduvina Izquierdo Amador
aka Eduvina I. Amador, aka Eduvina Amador
13220 SW 12 St
Miami, FL 33184

SSN: xxx–xx–6513

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

###

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*