UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Francisco R. Amador
Eduvina I. Amador

Case No.: 17-13315-RAM
Chapter: 7

Debtors      /

JUN 19 2017

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
   4. filed an amended schedule(s) and summary of schedules; and
   5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   2. filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[X]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [x] does [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:   6-15-17

_____         _____
Attorney for Debtor (or Debtor, if pro se)         Joint Debtor (if applicable)

Francisco R. Amador, Eduvina I. Amador, Debtors      13220 SW 12 Street, Miami, FL 33184
Print Name                                                                             Address

                                                                                              305-803-7005
_____                    _____
Florida Bar Number                                                          Phone Number

LF-4 (rev. 12/01/15)

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** <br> First Name | **Rosendo** <br> Middle Name | **Amador** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Eduvina** <br> First Name | **Izquierdo** <br> Middle Name | **Amador** <br> Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA** | | | |
| Case number <br> (if known) | **17-13315-RAM** | | |

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                               04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **Homestead Property** <br> Homestead property. Debtors' home located at: 13220 SW 12 Street, Miami, Fl 33184. <br><br> **Tenancy by the Entireties exemption added as additional exemption.** <br> **(1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __1.1__ | $335,000.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

Debtor 1 **Francisco Rosendo Amador**
Debtor 2 **Eduvina Izquierdo Amador**

Case number (if known) __17-13315-RAM__

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**Homestead Property**<br>Homestead property. Debtors' home located at: 13220 SW 12 Street, Miami, Fl 33184.<br><br>**Tenancy by the Entireties exemption added as additional exemption.**<br>(2nd exemption claimed for this asset)<br>Line from Schedule A/B: __1.1__ | $335,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**2004 Chevrolet Impala (approx. 80000 miles)**<br>2004 Chevrolet Impala. Body damage in several places and headlight lens bad. Rough condition.<br><br>(Unsure if mileage is is 80,000 or 180,000 unsure if it flipped over. 14 yrs. x 15k mi. per year equals 210,000 miles.)<br><br>**Tenancy by the Entireties exemptoin claimed as additional exemption.**<br><br>Car was purchased by both spouces and is titled under both names TBE (time, title, interest, possession, marriage, etc)<br>(1st exemption claimed for this asset)<br>Line from Schedule A/B: __3.1__ | $2,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| Brief description:<br>**2004 Chevrolet Impala (approx. 80000 miles)**<br>2004 Chevrolet Impala. Body damage in several places and headlight lens bad. Rough condition.<br><br>(Unsure if mileage is is 80,000 or 180,000 unsure if it flipped over. 14 yrs. x 15k mi. per year equals 210,000 miles.)<br><br>**Tenancy by the Entireties exemptoin claimed as additional exemption.**<br><br>Car was purchased by both spouces and is titled under both names TBE (time, title, interest, possession, marriage, etc)<br>(2nd exemption claimed for this asset)<br>Line from Schedule A/B: __3.1__ | $2,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B) |

Debtor 1  **Francisco Rosendo Amador**
Debtor 2  **Eduvina Izquierdo Amador**

Case number (if known) **17-13315-RAM**

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description: **Household goods and furnishings.** **Tenancy by the Entireties exemption claimed as additional exemption. (1st exemption claimed for this asset)** Line from Schedule A/B: **6** | $100.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Brief description: **Household goods and furnishings.** **Tenancy by the Entireties exemption claimed as additional exemption. (2nd exemption claimed for this asset)** Line from Schedule A/B: **6** | $100.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B) |
| Brief description: **Used clothing.** Line from Schedule A/B: **11** | $80.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Brief description: **Personal jewelry.** **Tenancy by the Entireties claimed as additional exemption. (1st exemption claimed for this asset)** Line from Schedule A/B: **12** | $100.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Brief description: **Personal jewelry.** **Tenancy by the Entireties claimed as additional exemption. (2nd exemption claimed for this asset)** Line from Schedule A/B: **12** | $100.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B) |
| Brief description: **Cash on hand.** **Tenancy by the Entireties exemption claimed as additional exemption. (1st exemption claimed for this asset)** Line from Schedule A/B: **16** | $20.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

Debtor 1    **Francisco Rosendo Amador**
Debtor 2    **Eduvina Izquierdo Amador**                                   Case number (if known) __17-13315-RAM__

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**Cash on hand.**<br><br>**Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(2nd exemption claimed for this asset)**<br>Line from Schedule A/B: __16__ | $20.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B)** |
| Brief description:<br>**Checking account ending in: 0770**<br><br>**State of Florida Teacher Retirement benefits for Eduvina Amador, retired government school teacher, are direct deposited exclusively into this account for years now.**<br><br>**Years ago social security benefits were direct deposited into this account, since then however only Eduvina Amador's State of Florida Teacher Retirement benefits are direct deposted into this account exclusively.**<br><br>**Non-exempt funds have never been deposited into this account. No comingling.**<br><br>**For the reasons stated above three exemptions are listed on Schedule C for this asset.**<br><br>**Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(1st exemption claimed for this asset)**<br>Line from Schedule A/B: __17.1__ | $289.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 238.15** |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 4

Debtor 1 **Francisco Rosendo Amador**
Debtor 2 **Eduvina Izquierdo Amador**

Case number (if known) **17-13315-RAM**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account ending in: 0770**<br><br>**State of Florida Teacher Retirement benefits for Eduvina Amador, retired government school teacher, are direct deposited exclusively into this account for years now.**<br><br>**Years ago social security benefits were direct deposited into this account, since then however only Eduvina Amador's State of Florida Teacher Retirement benefits are direct deposted into this account exclusively.**<br><br>**Non-exempt funds have never been deposited into this account. No comingling.**<br><br>**For the reasons stated above three exemptions are listed on Schedule C for this asset.**<br><br>**Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **17.1** | $289.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |

Debtor 1    **Francisco Rosendo Amador**
Debtor 2    **Eduvina Izquierdo Amador**                                Case number (if known) **17-13315-RAM**

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**Checking account ending in: 0770**<br><br>State of Florida Teacher Retirement benefits for Eduvina Amador, retired government school teacher, are direct deposited exclusively into this account for years now.<br><br>Years ago social security benefits were direct deposited into this account, since then however only Eduvina Amador's State of Florida Teacher Retirement benefits are direct deposted into this account exclusively.<br><br>Non-exempt funds have never been deposited into this account. No comingling.<br><br>For the reasons stated above three exemptions are listed on Schedule C for this asset.<br><br>Tenancy by the Entireties exemption claimed as additional exemption.<br>(3rd exemption claimed for this asset)<br>Line from Schedule A/B: __17.1__ | $289.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Checking account ending in: 6620**<br><br>Social Security Benefits for both Francisco Amador and Eduvina Amador are direct depsited into this account. And have always been direct deposited.<br>These exempt funds have never been comingle with any other funds.<br><br>This account is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.<br>(1st exemption claimed for this asset)<br>Line from Schedule A/B: __17.2__ | $22,730.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |

Debtor 1 **Francisco Rosendo Amador**
Debtor 2 **Eduvina Izquierdo Amador**     Case number (if known) **17-13315-RAM**

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**Checking account ending in: 6620**<br><br>**Social Security Benefits for both Francisco Amador and Eduvina Amador are direct depsited into this account. And have always been direct deposited.**<br>**These exempt funds have never been comingle with any other funds.**<br><br>**This account is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **17.2** | **$22,730.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B)** |
| Brief description:<br>**Checking account ending in: 3986**<br><br>**State of Florida Teacher Retirement Benefits for Francisco Amador, retired government school teacher. Funds have always been direct deposited and never have been comingle with any other money.**<br><br>**This account too is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(1st exemption claimed for this asset)**<br>Line from Schedule A/B: **17.3** | **$8,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 238.15** |
| Brief description:<br>**Checking account ending in: 3986**<br><br>**State of Florida Teacher Retirement Benefits for Francisco Amador, retired government school teacher. Funds have always been direct deposited and never have been comingle with any other money.**<br><br>**This account too is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.**<br>**(2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **17.3** | **$8,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B)** |

Official Form 106C         Schedule C: The Property You Claim as Exempt         page 7

Debtor 1    **Francisco Rosendo Amador**
Debtor 2    **Eduvina Izquierdo Amador**

Case number (if known)  **17-13315-RAM**

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**Checking account ending in: 5097**<br><br>This account too is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.<br>(1st exemption claimed for this asset)<br>Line from Schedule A/B: __17.4__ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| Brief description:<br>**Checking account ending in: 5097**<br><br>This account too is under both spouses' names and was created at the same time with all the unities for TBE. Tenancy by the Entireties exemption claimed as additional exemption.<br>(2nd exemption claimed for this asset)<br>Line from Schedule A/B: __17.4__ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B)** |
| Brief description:<br>**State of Florida Teacher Retirement Pension plan for Francisco Amador (Debtor 1) retired Dade-County School Teacher.**<br>Line from Schedule A/B: __21__ | **Unknown** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 238.15** |
| Brief description:<br>**State of Florida Teacher Retirement Pension plan for Eduvina Amador (Debtor 2) retired Dade-County School Teacher.**<br>Line from Schedule A/B: __21__ | **Unknown** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 238.15** |
| Brief description:<br>**Hutch, Computer, chair, copier and telephone. The other desks, cabinet and other chairs belong to my daughter.**<br><br>**Tenancy by the Entireties exemption claimed as addition exemption.**<br>(1st exemption claimed for this asset)<br>Line from Schedule A/B: __39__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

Debtor 1  **Francisco Rosendo Amador**
Debtor 2  **Eduvina Izquierdo Amador**   Case number (if known) __17-13315-RAM__

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Hutch, Computer, chair, copier and telephone. The other desks, cabinet and other chairs belong to my daughter.**<br><br>**Tenancy by the Entireties exemption claimed as addition exemption.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the Entireties, 11 U.S.C. § 522(b)(3)(B)** |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 9

### Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** | **Rosendo** | **Amador** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Eduvina** | **Izquierdo** | **Amador** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number **17-13315-RAM**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____
Francisco Rosendo Amador, Debtor 1           Eduvina Izquierdo Amador, Debtor 2

Date **06/15/2017**                                  Date **06/15/2017**
MM / DD / YYYY                                         MM / DD / YYYY

JUN 19 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO.: 17-13315-RAM

FRANCISCO AMADOR and
EDUVINA AMADOR

                                      CHAPTER: 7

        Debtors.

_____/

**PROOF OF SERVICE**

    I, Eduvina Amador, declare that: I am a resident or employed in the County of Miami-Dade, State of Florida. My residence address is 13220 SW 12 Street, Miami, FL 33184. I am over the age of eighteen and a party to this case.

    On June 15, 2017, I served the enclosed (1) DEBTORS' NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION, (2) AMENDED SCHEDULE C, and (3) DECLARATION ABOUT INDIVIDUAL DEBTORS' SCHEDULES on the following parties by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the U.S. Mail at Miami, Florida, mailed and addressed as set forth in the attached service list.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 15, 2017, at Miami, Florida.

*Eduvina Amador*
Eduvina Amador

1

IN RE: CASE NO.: 17-13315-RAM

FRANCISCO AMADOR and
EDUVINA AMADOR,

        Debtors.

## SERVICE LIST

Jacqueline Calderin, Trustee
247 SW 8 Street #880
Miami, FL 33130

Tamara Van Heel, Esq.
501 Brickell Key Drive, Ste. 300
Miami, FL 33131

2