UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO.: 17-13315-RAM

FRANCISCO AMADOR and
EDUVINA AMADOR

CHAPTER: 7

Debtors.

_____/

JUN 2 8 2017

## DEBTORS' MOTION FOR PROTECTIVE ORDER

**DEBTORS** FRANCISCO AMADOR and EDUVINA AMADOR jointly move pursuant to Fed. R. Bankr. P. 2004 and Bankr. S.D. Fla., Local Rule 2004-1, for protective order against the taking of Fed. R. Bankr. P. 2004 Examination Duces Tecum [DE 65] at the venue or location noticed due to necessary medical considerations. And, secondly, to quash Trustee's examination duces tecum for failure to follow the procedure as set forth in Bankr. S.D. Fla., Local Rule 2004-1, for setting examination for the following reasons:

1. The voluntary petition seeking relief under Chapter 7 of the Bankruptcy Code was filed on March 20, 2017.

2. The meeting of creditors under section 341 of the bankruptcy code was held and concluded on April 26, 2017 [DE 2, 26].

3. On June 13, 2017, the Trustee propounded an unlawful Notice of Taking Rule 2004 Examination Duces Tecum, which fails the basic test of Bankr. S.D. Fla., Local Rule 2004-1, for setting examination [DE 65].

4. Motion for protective order is undertaken for necessary medical considerations and not for delay.

5. Debtors are amenable to an agreed order comporting with the relief requested herein.

1

## CHANGE OF VENUE OR LOCATION

6. Fed. R. Bankr. P. 2004(d), reads as follows:

> **Time and place of examination of debtor:**
> The court may for cause shown and on terms as it may impose order the debtor to be examined under this rule at any time or place it designates, whether within or without the district wherein the case is pending.

Notice of Taking Rule 2004 Examination Deces Tecum [DE 65] attempts to set the examination at the Law Offices of Ehrenstein Charbonneau Calderin, 501 Brickell Key Drive, Suite 300, Miami, Florida 33131. Debtor is 88 years old and has had extensive chemotherapy treatments for cancer, which had spread to numerous parts of his body. The chemotherapy together with his advanced age has left Debtor with the inability to walk. He is wheelchair-bound and cannot walk, bathe or used the restroom on his own and requires a special device and constant attention. He never leaves the house to go anywhere except with specially trained personnel using specially equipped lift-vehicle come to pick us up for medical treatment. For the sake of briefness, please refer to Affidavit of Eduvina Amador [DE 55]. For the reasons stated herein and the progressiveness of the medical condition it is necessary for the location of the Rule 2004 Examination to be at Debtors' home.

## NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM FAILS PROCEDURAL REQUIREMENT OF LOCAL RULE 2004-1

7. Most jurisdictions require a motion and an order in order to take a Rule 2004 examination.

Fed. R. Bankr. P. 2004(a), reads as follows:

> **(a) EXAMINATION ON MOTION. On motion of any party in interest, the court may order the examination of any entity.**

However, the Southern District of Florida Bankruptcy Court has enacted Bankr. S.D. Fla., Local Rule 2004-1, which permits examination without the necessity of a motion. But there is one important condition to this privilege. Bankr. S.D. Fla., Local Rule 2004-1(A), reads as follows:

> **(A) MANNER OF SETTING EXAMINATION. No order will be necessary to authorize an examination pursuant to Rule 2004, or to require production of documents at the examination. Examinations may be schedule by filing the "Notice of Rule 2004 Examination" and serving the notice…**

2

In the comment section to Local Rule 2004, it is explained that section (A) was rewritten to clarify that the **"Local Form"** must be filed with the court:

> ☞2015 Amendment: Section (A) rewritten to clarify that the Local Form "Notice of 2004 Examination" must be filed with the court.

This required **LF-14** procedure was not followed resulting in a failure of procedure making Trustee's attempted examination unlawful. Accordingly, it must be quashed.

**WHEREFORE**, the Debtors jointly request that the Court enter a protective order changing the location of the examination to debtors' home due to necessary medical considerations and to quash the current Notice of Taking Rule 2004 Examination Duces Tecum and for such other and further relief as the Court deems appropriate.

Date: June 26, 2017          Signed by: _____
                                        Francisco Amador
                                        13220 SW 12 Street
                                        Miami, FL 33184
                                        franciscoamador@aol.com


Date: June 26, 2017          Signed by: _____
                                        Eduvina Amador
                                        13220 SW 12 Street
                                        Miami, FL 33184
                                        eduvinaamador1@gmail.com

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                               CASE NO.: 17-13315-RAM

FRANCISCO AMADOR and
EDUVINA AMADOR

                                                     CHAPTER: 7

Debtors.
                                                     JUN 2 3 2017
_____/

## PROOF OF SERVICE

I, Eduvina Amador, declare that: I am a resident or employed in the County of Miami-Dade, State of Florida. My residence address is 13220 SW 12 Street, Miami, FL 33184. I am over the age of eighteen and a party to this case.

On June 26, 2017, I served the enclosed MOTION FOR PROTECTIVE ORDER on the following parties by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the U.S. Mail at Miami, Florida, mailed and addressed as set forth in the attached service list.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 26, 2017, at Miami, Florida.

*Eduvina Amador*
Eduvina I. Amador

1

IN RE:                                              CASE NO.: 17-13315-RAM

FRANCISCO AMADOR and
EDUVINA AMADOR,

       Debtors.

## SERVICE LIST

Jacqueline Calderin, Trustee
247 SW 8 Street #880
Miami, FL 33130

Tamara Van Heel, Esq.
501 Brickell Key Drive, Ste. 300
Miami, FL 33131

2